IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW C. STECHAUNER,

    Plaintiff,

v.

TONY EVERS, et al.

    Defendants.

ORDER

Case No. 24-cv-111-jdp

Plaintiff Matthew C. Stechauner, a prisoner in the custody of the Wisconsin Department of Corrections, has filed a proposed civil complaint. Plaintiff is a prisoner and, therefore, subject to the 1996 Prisoner Litigation Reform Act. Plaintiff has requested leave to proceed without prepayment of the filing fee and has submitted two uncertified bi-monthly inmate transaction statements to support this request. These statements are insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a *certified* copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than March 14, 2024. If I find that plaintiff is indigent, I will calculate an initial partial payment of the $350 filing fee[1] that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

---

[1] Effective December 1, 2023, the cost to file a civil action in federal court is $405 — a $350 statutory fee plus a $55 administrative fee that does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915.

1

ORDER

IT IS ORDERED that plaintiff Matthew C. Stechauner may have until March 14, 2024 to submit a certified trust fund account statement for the period beginning approximately August 20, 2023 and ending approximately February 20, 2024. If plaintiff fails to respond to this order by March 14, 2024, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff filing at a later date.

Entered this 21st day of February, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge